**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| |
|---|
| **DANIEL A. ZUCKERMAN** |
| *Plaintiff,* |
| **v.** |
| **AT&T, INC. and AT&T SERVICES, INC.** |
| *Defendants.* |

**Case No.: 3:26-cv-03426**

**CERTIFICATION OF KEVIN CONSOLE
IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER
GRANTING ADMISSION OF HOLLY W. SMITH PR*O HAC VICE***

I, Kevin Console, Esquire, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the following is true and correct:

1. I am an attorney at law in the State of New Jersey and a practicing attorney with the law firm Console Mattiacci Law, LLC, counsel for Plaintiff Daniel A. Zuckerman. I am fully familiar with the facts and information set forth in this Certification. I am qualified to practice law in both State and Federal Court in New Jersey.

2. I am a member in good standing of the bar of the State of New Jersey since my admission to practice in 2013. I am also a member in good standing of the Bar of the Commonwealth of Pennsylvania since my admission to practice in 2013 and the Bar of the State of New York since my admission to practice in 2014.

3. Plaintiff desires to be represented by Holly W. Smith in this matter.

4. In accordance with General Rule 4C of the United States District Court for the District of New Jersey, I hereby move this Court to permit Holly W. Smith, a member of the Bar of the Commonwealth of Pennsylvania, to appear *pro hac vice* as counsel for Plaintiff in this

1

matter.  The respective supporting Certification of Holly W. Smith is attached hereto and relied upon in support of this Motion.

5. All notices, orders and pleadings in this matter may be served upon me.

Respectfully submitted,

**CONSOLE MATTIACCI LAW LLC**

By: _____
KEVIN CONSOLE, ESQ. (ID. 092002013)
110 Marter Ave, Suite 502
Moorestown, NJ 08057
Phone: (215) 545-7676
kevinconsole@consolelaw.com

Dated: 4/27/2026

*Attorneys for Plaintiff*

2