

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | (215) 545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | (856) 854-4000 | |
| 5 Penn Plaza | Suite 1946 | New York, NY 10001 | (917) 985-7761 | |

Kevin Console, Esq.
kevinconsole@consolelaw.com
Fax: (215) 689-4137

July 9, 2026

**VIA ECF**
The Honorable J. Brendan Day
U.S.D.C. for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:    Zuckerman, Daniel v. AT&T, Inc.**
> **Civil Action No. : 3:26-cv-03426**

Dear Judge Day,

I represent the Plaintiff, Daniel A. Zuckerman, in the above-referenced matter. The Court has scheduled an in-person Rule 16 Conference to occur on August 11, 2026 at 2:30 p.m. (ECF 12). Plaintiff respectfully request the Conference be converted to a remote video or telephone conference for the purposes of efficiency, as it will save Plaintiff's counsel (traveling from Philadelphia, PA) travel time to and from the courthouse.

Counsel for Plaintiff has conferred with counsel for Defendants and they consent to this request.

Thank you for your time and consideration.

Respectfully Submitted,

KEVIN CONSOLE, ESQ.

KC/amr

cc: counsel