CONSOLE MATTIACCI LAW

*Fighting For Employee Rights for Over 30 Years*

1525 Locust Street 9th Floor Philadelphia, PA 19102 (215) 545-7676 www.ConsoleLaw.com
110 Marter Avenue Suite 502 Moorestown, NJ 08057 (856) 854-4000
5 Penn Plaza Suite 1946 New York, NY 10001 (917) 985-7761

Kevin Console, Esq.
kevinconsole@consolelaw.com
Fax: (215) 689-4137

August 25, 2026

**VIA ECF**
The Honorable J. Brendan Day
U.S.D.C. for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Zuckerman, Daniel v. AT&T, Inc.**
**Civil Action No. : 3:26-cv-03426**

Dear Judge Day,

I represent Plaintiff in the above-referenced matter. I am writing on behalf of the parties to advise the Court that this matter has been resolved. The parties respectfully and jointly request that the Court enter a dismissal order pursuant to Local Rule 41.1(b).

Thank you for Your Honor's continued attention to this matter, and please let us know if further action is required on our part.

Respectfully Submitted,

KEVIN CONSOLE, ESQ.

KC/tnm

cc: all counsel of record