CONSOLE MATTIACCI LAW

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | (215) 545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | (856) 854-4000 | |
| 5 Penn Plaza | Suite 1946 | New York, NY 10001 | (917) 985-7761 | |

Kevin Console, Esq.
kevinconsole@consolelaw.com
Fax: (215) 689-4137

October 23, 2026

**VIA ECF**
The Honorable J. Brendan Day
U.S.D.C. for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Zuckerman, Daniel v. AT&T, Inc.**
**Civil Action No. : 3:26-cv-03426**

Dear Judge Day,

I represent Plaintiff in the above-referenced matter. The Court entered issued a sixty (60) day Order of Dismissal on August 26, 2026 (ECF No. 18) pursuant to L.R. 41.1(b). The parties respectfully request a thirty (30) day extension of the deadline to the Order of Dismissal currently listed as October 26, 2026 to be extended until November 25, 2026. The requested extension is to allow time for the parties to consummate the Settlement Agreement.

Thank you for Your Honor's attention to this matter.

Respectfully Submitted,

KEVIN CONSOLE, ESQ.

KC/amr

cc: all counsel of record

**So Ordered this 2nd day of November 2026**

**Honorable Michael A. Shipp, U.S.D.J.**